IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY CORBIN, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-4527 |
| ROBERT TICE, et al., | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this __22nd__ day of June 2021, upon consideration of the Amended Petition for Writ of Habeas Corpus (ECF 21), the Commonwealth's Response (ECF 30), Petitioner's Reply to the first Response (ECF 31), the other documents filed by the parties, the state court record, and after review of the Supplemental Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (ECF 42), and Petitioner's Objections to the Supplemental Report and Recommendation (ECF 43) and additional filings, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **NOT ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **APPROVED**, for reasons set forth in the memo, and;

3. Petitioner shall be re-tried within 180 days of this order or be released.

                                                                        **BY THE COURT:**

                                                                         **/s/ Petrese B. Tucker**
                                                                         _____
                                                                         **Hon. Petrese B. Tucker, U.S.D.J.**